**MATERN LAW GROUP, PC**
Matthew J. MATERN (SBN 159798)
Email: mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 280126)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone:  (310) 531-1900
Facsimile:  (310) 531-1901

**MATERN LAW GROUP, PC**
Corey B. Bennett (SBN 267816)
Email: cbennett@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, California 94612
Telephone:  (510) 227-3003
Facsimile:  (310) 531-1901

Attorneys for Relator Mary James

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel.<br><br>MARY JAMES,<br><br>             Plaintiffs,<br><br>       vs.<br><br>ADVENTIST HEALTH SYSTEM/WEST dba ADVENTIST HEALTH, a California Corporation, et al.,<br><br>             Defendants. | Case No.: 20-cv-06458-VC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER AS MODIFIED**<br><br>Assigned Judge: Hon. Vince Chhabria<br><br>Action Filed: September 15, 2020 |

Relator Mary James ("Relator"), and Defendants Adventist Health System/West dba Adventist Health, Adventist Health Clearlake Hospital, Inc., St. Helena Hospital, Inc., Adventist Health Southern California Medical Foundation, and Adventist Health California Medical Group ("Adventist Health Defendants") and Defendants Dr. Rodney Look and Acute Medical Providers, Inc. (hereinafter, Relator and Defendants collectively are referred to as the "Parties"), by and through their counsels of record, respectfully submit this Joint Stipulation of Voluntary Dismissal.

**WHEREAS**, the Court issued an Order on February 2, 2023, granting Defendants' Motions to Dismiss Relator's First Amended Complaint.

**WHEREAS**, the Court's Order stated that dismissal was granted with leave to amend, provided that any amended complaint is due within 21 days of the Order.

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE,** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal of the above-captioned lawsuit in its entirety, with any and all individual claims asserted by Relator against Defendants being dismissed with prejudice, and a dismissal without prejudice of any and all claims asserted by United States against Defendants.  Furthermore, the Parties stipulate that each party will bear its own attorneys' fees and costs incurred in this action, notwithstanding the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Local Rules 54-1 *et seq*.

**IT IS SO STIPULATED.**

DATED: February 15, 2023            **MATERN LAW GROUP, PC**

By: */s/ Corey B. Bennett*
　　Matthew J. Mattern (Bar No. 159798)
　　*mmatern@maternlawgroup.com*
　　Joshua D. Boxer (Bar No. 280126)
　　*jboxer@maternlawgroup.com*
　　1230 Rosecrans Avenue, Suite 200
　　Manhattan Beach, California 90266
　　Telephone: (310) 531-1900
　　Facsimile: (310) 531-1901

///

|  |  |
|---|---|
| | Corey B. Bennett (Bar No. 267816)<br>*cbennett@maternlawgroup.com*<br>1330 Broadway, Suite 428<br>Oakland, California 94612<br>Telephone: (510) 227-3003<br>Facsimile: (310) 531-1901 |
| DATED: February 15, 2023 | **LATHAM & WATKINS LLP**<br><br>By: */s/ Jason M. Ohta*<br>   Jason M. Ohta (Bar No. 211107)<br>   *jason.ohta@lw.com*<br>   Amy Hargreaves (Bar No. 266255)<br>   *amy.hargreaves@lw.com*<br>   12670 High Bluff Drive<br>   San Diego, CA 92130<br>   Telephone: (858) 523-5400<br>   Facsimile: (858) 523-5450<br><br>   Amanda Barnett (Bar No. 319046)<br>   *amanda.barnett@lw.com*<br>   355 South Grand Avenue, Suite 100<br>   Los Angeles, California 90071-1560<br>   Telephone: (213) 485-1234<br>   Facsimile: (213) 891-8763<br><br>Attorneys for Defendants ADVENTIST HEALTH SYSTEM/WEST DBA ADVENTIST HEALTH, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., ST. HELENA HOSPITAL, INC., ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION, and ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP |

///

///

///

///

| | |
|---|---|
| DATED: February 15, 2023 | **PORTER SCOTT LLP**<br><br>By: */s/ Cassandra J. Ninke*<br>  Jonathan A. Corr, (Bar No. 190823)<br>  *jcorr@porterscott*.com<br>  Cassandra J. Ninke, (Bar No. 327359)<br>  *cninke@porterscott.com*<br>  350 University Avenue, Suite 200<br>  Sacramento, California 95825<br>  Telephone: (916) 929-1481<br>  Facsimile: (916) 927-3706<br><br>Attorneys for Defendants RODNEY LOOK, M.D., and ACUTE MEDICAL PROVIDERS, INC. |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I, Corey B. Bennett, attest that the consent in the filing of this document has been obtained from any signatories indicated by an electronic signature ("/s/" within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: February 15, 2023         By: */s/ Corey B. Bennett*
                                     Corey B. Bennett

## [PROPOSED] ORDER

The Court, having reviewed the parties' Joint Stipulation of Voluntary Dismissal (the "Stipulation"), and good cause being shown, HEREBY issues the following ORDER:

1. The Stipulation is granted;

2. The claims asserted by Relator Mary James, in her individual capacity, are dismissed with prejudice;

3. The claims asserted by Plaintiff United States in this action are dismissed without prejudice; and

4. Each party will bear its own attorneys' fees and costs.

5. James is ordered to serve the United States and California with a copy of this order.

IT IS SO ORDERED.

Dated:  February 27, 2023                    _____
                                             VINCE CHHABRIA
                                             United States District Court Judge